2

United States of America
             Vs
Aswanth Nune
Docket No: 06452:19CR20025-001
Judge Name: Gershwin A. Drain



FILED
OCT 04 2019
CLERK'S OFFICE
DETROIT

Respected Your Honor,

I'm already sentenced on August 29th 2019. When I was arrested in location (Michigan DTW airport). I have my property (Backpack, laptop, Harddisk, wallet with cards, phone, Smart watch, Gold chain, Gold ring and chargers) all these are taken by Department of Homeland Security (DHS), I has been seized since 8 months and also I have property (Jacket) in Midland County Jail. I'm about to complete my sentencing on December then I'm going to be deport from United States. For MY PROPERTY I requested my Attorney many times but still I haven't get my property yet, He is not even responding either me or my family.

Your Honor, please help me out to get my property back Once I returned to my Country I can't effort all these.

Please and thankyou for your time your Honor

Certificate of Service

All parties have been sent
Copies via regular mail

Yours Sincerely
Date: 10/01/2019
Name: Aswanth Nune

ASWANTH NUNE
NAME
57219-039
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
OCT 04 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
02 OCT 2019 PM 15 L

THEODORE ELEVENS COURT HOUSE
231 WEST LAFAYOTTE BLVD
DETROIT,
MICHIGAN 48226

48226-270099

